## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GLOBAL INTERACTIVE MEDIA, INC.,

                    Plaintiff,

        v.

URBAN ONE, INC.

                  Defendant.

Civil Action No.  20-cv-2964

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Global Interactive Media, Inc. ("GIM") brings this patent-infringement action against Defendant Urban One, Inc. ("Urban One"), and alleges as follows:

### Parties

1.      GIM is a Belizian corporation having its principal place of business at 84 Albert Street, Belize City, Belize.

2.      Upon information and belief, Urban One is a Delaware corporation with a regular and established place of business at 1010 Wayne Avenue, Silver Spring, Maryland 20910. Defendant owns and operates numerous local radio stations and national radio programs. At all times relevant to the claims asserted in this lawsuit, Defendant owned and operated radio station WKYS 93.9 FM ("WKYS"), and the website used to promote that station, https://www.kysdc.com. At all times relevant to this Complaint, WKYS offered a radio playlist service provided by QUU Interactive and/or QUU, Inc. ("Playlist Service") that infringed GIM's patents as described below in Counts 1 and 2.

### Jurisdiction and Venue

3.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et*

*seq.*

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court may exercise personal jurisdiction over Defendant because Defendant conducts continuous and systematic business in Maryland. For example, Defendant sells services to Defendant's customers in this District. Defendant maintains a regular and established place of business in this District. This patent infringement claim arises directly from Defendant's continuous and systematic activity in this District. Thus, this Court's exercise of jurisdiction over Defendant would be consistent with traditional notions of fair play and substantial justice.

6.      Defendant is subject to this Court's general and specific personal jurisdiction because it has sufficient minimum contacts within the State of Maryland and this District, pursuant to due process and/or the Maryland Long Arm Statute because Defendant purposefully availed itself of the privileges of conducting business in the State of Maryland and in this District, because it regularly conducts and solicits business within the State of Maryland and within this District, and because GIM's causes of action arise directly from Defendant's business contacts and other activities in the State of Maryland and this District.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1400(b).

**The Asserted Patents**

8.      GIM asserts U.S. Patent Nos. 8,032,907 (the "'907 Patent"), and 6,314,577 (the "'577 Patent") (collectively, the "Asserted Patents") in this action.  The Asserted Patents each claim methods and/or systems of tracking broadcasts and providing program information on demand to customers who may wish to make purchasing decisions based on the program information. The inventions claimed in the Asserted Patents represent uses of technology that were

neither well-understood nor routine or conventional as of the time of the inventions. Prior to the inventions claimed in the Asserted Patents, for example, consumers listening to a radio broadcast may have heard a song they liked and wished to purchase, but unless the station identified the song, the listeners had no ready way to obtain information about the song such as the title or artist. With the inventions claimed by the Asserted Patents, listeners not only are able to obtain that information, they are also able to purchase songs directly, an option that was not available to them until after the inventions of the Asserted Patents. The technology claimed in the Asserted Patents has become widespread to the point of ubiquity.

**Count 1 – Infringement of U.S. Patent No. 8,032,907**

9.      GIM owns United States Patent 8,032,907 (the "'907 patent") (attached as Exhibit A).

10.      Defendant infringes at least one of the 90 methods and systems claimed in the '907 patent by providing the WKYS Playlist Service.

11.      For example, and for illustration of one of the 90 claims of the '907 patent that GIM alleges that the Playlist Service infringes, the Playlist Service infringes claim 18 of the '907 patent as follows:

a.      Claim 18 claims a "method for providing recipients of a broadcast with automated information about program material, the method comprising: broadcasting program material in at least one broadcast[.]" (Ex. B, 19:13-16.) The radio station WKYS broadcasts Urban Contemporary Music.

b.      Claim 18 is a method of "receiving one or more user inquiries from one or more recipients of said at least one broadcast, said one or more inquiries including broadcast identifier information . . . ." (Ex. B, 19:17-19.) A consumer of music broadcast over WKYS in Maryland

may access the website www.wkys.com and inquire regarding the Urban Contemporary Music being broadcast over WKYS in Washington, D.C. and Maryland.

     c.     The method of claim 18 involves "creating a program description file comprising program information related to program material to be broadcast in the future[.]" (Ex. B, 19:20-22.) Urban One allows consumers to inquire regarding the Urban Contemporary Music being broadcast by WKYS by, prior to the broadcast, creating files describing the music to be broadcast.

     d.     Next, claim 18 involves "communicating the program information into a programmed data processor[.]" (Ex. B, 19:23-24.) The Urban One consumer is able to learn that the song Flawless by Beyonce is currently being broadcast because Urban One has a programmed data processor into which the program description file is loaded.

     e.     Claim 18 involves "synchronizing said communicated program information with said program material of said at least one broadcast[.]" (Ex. B, 19:25-26.) Urban One synchronizes the description of Flawless with the broadcast of that song.

     f.     Claim 18 involves "using said data programmed data processor to communicate, to the one or more recipients, program information that corresponds to the broadcast identifier information included in said one or more inquiries, wherein at least one of the program description file, the program information, and the synchronized program information is associated with the broadcast identifier information." (Ex. B, 19:28-35.) Urban One's WKYS Playlist Service communicates the Flawless program information to the Urban One consumer.

### Count 2 – Infringement of U.S. Patent No. 6,314,577

12.     GIM owns United States Patent 6,314,577 (the "'577 patent") (attached as Exhibit B).

13.     Urban One is infringing at least one of the 130 methods and systems claimed in the

'577 patent by providing the WKYS Playlist Service.

14.     For example, and for illustration of one of the 130 claims of the '577 patent that GIM alleges the WKYS Playlist Service infringes, the service infringes claim 94 of the '577 patent as follows:

a.      Claim 94 is a "method for providing listeners or viewers of a radio or television broadcast with automated information about program material, comprising the steps of: broadcasting at least one radio or television broadcast[.]" (Ex. C, 23:15-18.) The Urban One radio station WKYS in Washington, D.C. broadcasts Urban Contemporary Music.

b.      Claim 94 involves "receiving user inquiries from a listener or viewer of said radio or television broadcast[.]" (Ex. C, 19-20.) WKYS's listeners may access the WKYS Playlist Service on WKYS's website (www.wkys.com) and inquire regarding the Urban Contemporary Music being broadcast by WKYS in Washington, D.C. and Maryland.

c.      Claim 94 involves "creating a program description file[.]" (Ex. C, 23:21.) Urban One allows consumers to inquire regarding the alternative music being broadcast by, prior to the broadcast, creating files describing the music to be broadcast.

d.      The method of claim 94 involves "communicating program list information into a programmed data processor[.]" (Ex. C, 23:22-23.) The Urban One consumer is able to learn that the song Flawless by Beyonce is currently being broadcast because Urban One has a programmed data processor into which the program description file is loaded.

e.      Claim 94 involves "correlating said program descriptions of program material with said program list information and generating information in a database responsive to only a broadcast identifier[.]" (Ex. C, 23:24-27.)   Urban One correlates the communicated Disarm program information with the broadcast of Flawless.

f. Claim 94 involves "using said programmed data processor to communicate said program description file responsive to said user inquiry." (Ex. C, 23:28-30.) The Urban One Playlist Service uses the data processor to communicate the Flawless program information to the consumer in response to the consumer's inquiry.

### Demand for Jury Trial

GIM demands a trial by jury on all matters and issues triable by jury.

### Prayer for Relief

WHEREFORE, GIM prays for the following relief against Defendant:

(a) Judgment that Defendant has directly infringed claims of the Asserted Patents;

(b) For a reasonable royalty;

(c) For pre-judgment interest and post-judgment interest at the maximum rate allowed by law; and

(d) For such other and further relief as the Court may deem just and proper.

Dated: October 13, 2020

Respectfully Submitted,

_____
/s/
_____
Thomas G. Southard (#16861)
Brian S. Seal (*pro hac vice* pending)
**BUTZEL LONG, PC**
1909 K. St., N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 454-2800
*Fax: (202) 454-2805*
Email: southard@butzel.com

*Attorneys for Global Interactive Media, Inc.*